JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. G.,[1] <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN COLVIN,[2] Acting COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 2:24-cv-01132-DOC-PD <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is Vacated and this matter is Remanded to the Social Security

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the United States Judicial Conference.

[2] Carolyn Colvin became Acting Commissioner of Social Security on November 30, 2024. Under Federal Rule of Civil Procedure, 25(d) she is automatically substituted for Martin J. O'Malley as Defendant in this suit.

1  Administration on an open record for further proceedings.

3  Dated: December 18, 2024

*David O. Carter*
_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

2