UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GABRIEL,<br><br>   Plaintiff,<br><br>  v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>   Defendant | CASE NO. 2:24-cv-1132 DOC-PD<br><br>ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d) |

  Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

  **ORDERED** that Plaintiff is awarded attorney fees in the total amount of **$8,792** and **$405** for filing fees as authorized by 28 U.S.C. § 2412.

Dated: March 10, 2025

            */s/ David O. Carter*
            HONORABLE DAVID O. CARTER
            UNITED STATES DISTRICT JUDGE